BLANK ROME LLP
Ana Tagvoryan (SBN 246536)
ATagvoryan@BlankRome.com
Shawnda M. Grady (SBN 289060)
SGrady@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone:   (424) 239-3400
Facsimile:    (424) 239-3434

Attorneys for Defendant,
YTEL, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERON COOK, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BLUEWATER LLC and YTEL, INC.,<br><br>Defendants. | Case No. 2:16-cv-00189-MCE-KLN<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT YTEL, INC. TO RESPOND TO THE COMPLAINT**<br><br>Complaint Filed:   January 29, 2016 |

Plaintiff SHERON COOK ("COOK") and Defendant YTEL, INC. ("YTEL"), by and through their undersigned counsel, stipulate and agree as follows:

WHEREAS YTEL's response to the Complaint is currently due on March 1, 2016; and

WHEREAS COOK and YTEL have agreed to extend the time for YTEL to respond to the Complaint by 3 (three) weeks, to March 22, 2016, in order to allow YTEL's counsel opportunity to review the matter and prepare a response;

NOW, THEREFORE, COOK and YTEL stipulate as follows:

///

///

///

147419.00601/102019092v.1

STIPULATION EXTENDING TIME FOR DEFENDANT YTEL, INC. TO RESPOND TO THE COMPLAINT

1 | The deadline for YTEL to respond to the Complaint is extended to on or before
2 | March 22, 2016.
3 |     IT IS SO STIPULATED.
4 |
5 | DATED: February 26, 2016    BURSOR & FISHER, P.A.

By: */s/ L. Timothy Fisher*
L. Timothy Fisher
Annick M. Persinger
Yeremy O. Krivoshey
Attorneys for Plaintiff,
SHERON COOK

DATED: February 26, 2016    BLANK ROME LLP

By: */s/ Shawnda M. Grady*
Ana Tagvoryan
Shawnda M. Grady
Attorneys for Defendant,
YTEL, INC.

**ORDER**

IT IS SO ORDERED:

Dated: March 3, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

147419.00601/102019092v.1

1

STIPULATION EXTENDING TIME FOR DEFENDANT YTEL, INC. TO RESPOND TO THE COMPLAINT