**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
          apersinger@bursor.com
          ykrivoshey@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERON COOK, on Behalf of Herself and all Others Similarly Situated,<br><br>                    Plaintiff,<br>       v.<br><br>BLUEWATER LLC and YTEL, INC.<br><br>                    Defendant. | Case No.  2:16-cv-00189-MCE-KJN<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE OF VOLUNTARY DISMISSAL

1   Pursuant to Fed. R. Civ. P. 41(A)(1)(a)(i), Plaintiff hereby voluntarily dismisses this action
2   against all Defendants without prejudice.  Defendants have neither answered Plaintiff's Complaint
3   nor filed a motion for summary judgment.  Therefore, this matter may be dismissed against all
4   Defendants without prejudice and without an order of the Court.

Dated: March 28, 2016                           Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   */s/ L. Timothy Fisher*
            L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey O. Krivoshey (State Bar No.295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Email: ltfisher@bursor.com
             apersinger@bursor.com
             ykrivoshey@bursor.com

*Attorneys for Plaintiff*